**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JEFFERSON EDUARDO ACURIO-
VANONI,

      Petitioner,

v.

SCOTT LADWIG,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

No. 2:26-cv-02229-TLP-atc

---

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING CLERK
TO SERVE PETITION**

---

Petitioner Jefferson Eduardo Acurio Vanoni, a noncitizen detained in the West Tennessee

Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. §

2241.  (ECF No. 1.)[1]

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and

this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this

Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also

serve the United States Attorney for the Western District of Tennessee electronically at the

following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i),

the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S.

Attorney General Pamela Bondi.

---

[1] To the extent that Petitioner seeks relief based on the conditions of confinement at the detention facility (*See* ECF No. 1 at PageID 7), his claim is not appropriately presented in this habeas petition. *See Velasco v. Lamanna*, 16 F. App'x 311, 314 (6th Cir. 2001).

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on Friday, March 13, 2026, why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on Friday, March 20, 2026. If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 6th day of March, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE